**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 372 EAL 2020

Respondent     :

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

v.     :

MICHAEL MCLAUGHLIN,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.